EL–AAM, 2005–1679, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1645–EL–AAM, 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED by the court, sua sponte, that this cause be consolidated with 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA, and briefing is stayed.

**2006–0600.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 04–1932–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate 2005–1621, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1931–EL–AAM, 2005–1679, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1645–EL–AAM, 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and 2006–0600, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 04–1932–EL–ATA,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED by the court, sua sponte, that this cause be consolidated with 2006–0536, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–844–EL–ATA, and briefing is stayed.

**2006–0646.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–792–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's motion to consolidate this case with 2005–0945, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, Nos. 03–2341–EL–ATA, 03–2405–EL–CSS, and 04–85–EL–CSS, for purposes of oral argument and opinion,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED by the court, sua sponte, that briefing is stayed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 19, 2006*

[Cite as *04/19/2006 Case Announcements #2*, 2006-Ohio-1910.]

## MISCELLANEOUS ORDERS

**2006–0357.   Cleveland Bar Assn. v. Woods.**
This cause is pending before the court upon the filing by Brian J. Woods of objections to the orders of the Board on the Unauthorized Practice of Law. On April 13, 2006, Woods filed a motion for stay pending objections. Upon consideration thereof,

IT IS ORDERED by this court that the motion for stay is granted.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 20, 2006*

[Cite as *04/20/2006 Case Announcements*, 2006-Ohio-1911.]